## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Eugene Knelly, | : | |
| Petitioner | : | |
| | : | |
| v. | : | No. 1088 C.D. 2022 |
| | : | |
| Pennsylvania Department of Health, | : | |
| Respondent | : | |

**PER CURIAM**                    **O R D E R**

NOW, January 30, 2024, upon consideration of Respondent's application for reargument and Petitioner's answer in response thereto, the application is DENIED.